**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JEREMY HOWARD ISAIAH LITTLE,                Case No. 25-CV-3430 (NEB/ECW)

　　　　　Plaintiff,

v.                                                                        ORDER ACCEPTING
                                                          REPORT AND RECOMMENDATION
DERRICK WALKER, and LIEUTENANT
JEROME MOORE,

　　　　　Defendants.

---

The Court has received the July 9, 2026 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 18.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.　　　The Report and Recommendation (ECF No. 18) is ACCEPTED;

2.　　　The action is DISMISSED WITHOUT PREJUDICE; and

3.　　　Defendants' Motion to Dismiss (ECF No. 6) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 28, 2026                                    BY THE COURT:


                                                       s/Nancy E. Brasel
                                                       Nancy E. Brasel
                                                       United States District Judge